Stephen W. Feingold (SWF 2763)
DAY PITNEY LLP
7 Times Square
New York, NY 10036-7311
Telephone:    (212) 297-5800
Facsimile:    (212) 916-2940

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| KINGSTON OIL SUPPLY CORP., a New York corporation<br><br>Plaintiff,<br><br>v.<br><br>BOTTINI FUEL COMPANY, a New York corporation<br><br>Defendant. | RULE 7.1 DISCLOSURE STATEMENT<br><br>Civil Action No.: 08 CIV 4253 |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Kingston Oil Supply Corp. (a private non-governmental party) certifies that plaintiff is an indirect subsidiary of OAO LUKOIL, a publicly-held corporation. ConocoPhillips, a publicly-held corporation, owns 10% or more of OAO LUKOIL's stock.

83049875.A01050508

Dated this 5th day of May 2008.

Respectfully submitted,

By: _____
Stephen W. Feingold (SWF 2763)

DAY PITNEY LLP
7 Times Square
New York, NY 10036-7311
Telephone:   (212) 297-5800
Facsimile:    (212) 916-2940

Attorneys for Plaintiff
Kingston Oil Supply Corp.

83049875A01050508