Stephen W. Feingold (SWF 2763)
Barry Benjamin (BMB 7350)
DAY PITNEY LLP
7 Times Square
New York, NY 10036-7311
Telephone:  (212) 297-5800
Facsimile:  (212) 916-2940

Attorneys for Plaintiff



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KINGSTON OIL SUPPLY CORP., a New York corporation, | |
| Plaintiff, | **Rule 7.1 Statement** |
| v. | |
| BOTTINI PROPANE INC., a New York corporation, | Civil Action No.: 08 CIV 4253 (BSJ) |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Kingston Oil Supply Corp. (a private non-governmental party) certifies that plaintiff is an indirect subsidiary of OAO LUKOIL, a publicly-held corporation. ConocoPhillips, a publicly-held corporation, owns 10% or more of OAO LUKOIL's stock.

Dated this 12th day of May 2008.                    Respectfully submitted,

                                        By:   /s/ Barry M. Benjamin
                                              Stephen W. Feingold  (SWF 2763)
                                              Barry M. Benjamin  (BMB 7350)
                                              DAY PITNEY LLP
                                              7 Times Square
                                              New York, NY 10036-7311
                                              Telephone:    (212) 297-5800
                                              Facsimile:    (212) 916-2940

                                              Attorneys for Plaintiff
                                              Kingston Oil Supply Corp.