```
USDC SDNY
...
5/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Kingston Oil Supply Corp.
        Plaintiff,

-against-

Bottini Fuel Company
        Defendant.
--------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 4253(BSJ) (DFE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Habeas Corpus

___ Social Security

___ Settlement*

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

___ Inquest After Default/Damages Hearing

Particular Motion:_____

All such motions: ____

* Do not check if already referred for general pretrial.
SO ORDERED.
DATED: New York, New York
       May 13, 2008

_____
United States District Judge