UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KINGSTON OIL SUPPLY CORP., a
New York corporation,

                Plaintiff,                Rule 7.1 Statement

   v.

BOTTINI PROPANE, INC., a                Civil Action No.: 08 CIV 4253(BSJ)
New York corporation,
                Defendant.
------------------------------------------------------------------X

     Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Bottini Propane, Inc. (a private non-governmental party), certifies that the Defendant is not owned by a publically held corporation and is not a subsidiary of any other corporation.

Dated: June 13, 2008
      Suffern, New York                Respectfully submitted.

                                          By: _s/_____
                                          Kenneth C. Gobetz, Esq. (KG 5431)
                                          WICHLER & GOBETZ, P.C.
                                          Attorneys For Defendant
                                          Bottini Propane, Inc.
                                          400 Rella Blvd., Suite 213
                                          Suffern, New York 10901
                                          Telephone: (845) 368-1710
                                          Facsimile: (845) 368-1470
                                          kgobetz@wichlergobetz.com

CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that service of the foregoing Answer has been made on June 13, 2008, by mailing a copy, to:

Stephen W. Feingold
Barry Benjamin
DAY PITNEY LLP
7 Times Square
New York, New York 10036-7311

                                 s/ _____
                                     Kenneth C. Gobetz